# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Asia Apparel, LLC

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:02-cv-469-MU

Garrett Cunneen and Storm Jenkins

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2005 Order.

                        **Signed: September 16, 2005**

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court