UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-469-MU

ASIA APPAREL, LLC,              )
                                )
          Plaintiff,         )
                                )
        v.                )          **O R D E R**
                                )
RIPSWEAR INC., et al.,         )
                                )
         Defendants.       )

---

      THIS MATTER comes before the Court on its own motion. Defendant Storm Jenkins is hereby ordered to submit a mailing address to the Court for purposes of filing pursuant to Rule 5 of the Federal Rules of Civil Procedure.

      IT IS SO ORDERED.


          Signed: November 7, 2007

          Graham C. Mullen
          United States District Judge