UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-469-MU

| ASIA APPAREL, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| RIPSWEAR INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon Plaintiff's Motion to Dismiss Specified Claims, Motion for Summary Judgment of Remaining Claims filed on December 15, 2005. (Document #169). It appears to the Court that the pro se Defendants never filed a response to these Motions. Accordingly, the Defendants are directed to file a response as described below:

**TO THE DEFENDANT, RIPSWEAR INC. et al, READ THE FOLLOWING VERY CAREFULLY:**

You are to file a brief written argument opposing the Plaintiff's brief supporting the Motion to Dismiss and Motion for Summary Judgment.

Within fourteen days of the date of entry of this Order, the Defendants must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion to Dismiss and Motion for Summary Judgment. If you fail to respond to this motion, the court will proceed to decide the matter. A copy of the response must be served on the Plaintiffs and a certificate of service must be filed with the court showing

that a copy has been sent to counsel for the Plaintiffs.

IT IS THEREFORE ORDERED that Defendant has fourteen (14) days from the filing of this Order in which to respond to Plaintiff's Motion to Dismiss and Motion for Summary Judgment.

The Clerk is directed to certify copies of this Order to Defendants and counsel for Plaintiffs. The Clerk is specifically directed to send Defendants' copy by **certified mail, return receipt requested**.

Signed: March 26, 2008

Graham C. Mullen
United States District Judge