# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Asia Apparel, LLC

        Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:02-cv-469

Ripswear Inc., et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/30/2008 Order.

                                            Signed: August 5, 2008

                                            Frank G. Johns, Clerk
                                            United States District Court