UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:02cv469

| | |
|---|---|
| **ASIA APPAREL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **RIPSWEAR INC., et al** | ) |
| | ) CLERK'S ORDER OF DISBURSEMENT |
| Defendants. | ) |

This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk. A bond in the amount of $500.00 was posted by Plaintiff Asia Apparel, LLC on November 12, 2002, (see docket entry 8).

An audit of the court's accounts revealed this matter was closed on April 24, 2009, upon receipt of the Mandate of the U.S. Court of Appeals.

Therefore, the bond in the amount of $500.00 shall be returned to Plaintiff Asia Apparel, LLC.

So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Frank G. Johns, Clerk
United States District Court